J.P. Pro Se
255 Franklin Ave
Unit 104
Belleville, NJ 07109
973.449.1900
JimmypoL1@aol.com

**CLERK**
**U.S. DISTRICT COURT**
DISTRICT OF NEW JERSEY
RECEIVED

2023 OCT 19  P 2: 26

October 19, 2023

The Honorable Evelyn Padin, U.S.D.J.
50 Walnut Street
Courtroom MLK 4C
Newark, NJ 07101

## RE: J.P. v Strategic Delivery Solutions, et als.
## Civil Action No. 22-CV-07614

Dear Judge Padin,

I am the plaintiff in the above captioned matter; I submit this letter in opposition to defense counsel's letter dated October 18, 2023.

Significantly, I submitted a formal motion this morning to the clerk; addressing the controversy concerning my civil action being sealed, and filed using my initials. The formal motion contains the case law and rules controlling the issue.

If defense counsel chooses to oppose the motion to seal and permit captions using my initials; he should be required to do so in a reply to my formal motion.

Initially, the defendant was properly served with the original complaint on December 30, 2022 via Guaranteed Subpoena, and an affidavit of service was filed. The defendant was then served with the first amended complaint on March 9, 2023; which the Court permitted. An affidavit of service was properly filed for it.

At that juncture, by all appearances, the defendant chose not to participate in the litigation; entry of default appeared to be imminent; without need to motion for permission to proceed under seal, using my initials.

On October 2, 2023, after nine months of absence, defense counsel finally made an appearance; and is now interestingly bringing the time to file the above mentioned motion into question. Also casting an inaccurate aspersion on my filed complaint not having my signature; which it does.

Respectfully, I request the Court enter an appropriate Order permitting my formal motion and directing defense counsel to file a response if he opposes the position.

In the meantime, I will provide defense counsel with a signed copy of the complaint.

Respectfully Submitted,

October 19, 2023