J.P. Pro Se
255 Franklin Ave
Unit 104
Belleville, NJ 07109
973.449.1900
JimmypoL1@aol.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 NOV 17 P 3: 28

November 17, 2023

Re: J.P. v. Strategic Delivery Solutions, et als.
Civil Action No. 22-cv-07614

Dear Judges Padin and Clark,

Please accept this sur reply to defense's November 16, 2023 response, to plaintiff's November 15, 2023 request for sur reply.

Defense counsel is consistently attempting to mislead the Court.

Most recent is his attempt to block a Stay of the proceedings, so the pro se plaintiff can secure counsel, and also receive and recover from surgery in January.

This surgery was scheduled well before defense counsel finally decided to participate in this litigation, which was defaulting, due to his dilatory work product.

Plaintiff takes no issue with the Stay, if granted, beginning after all present motions before the Court are adjudicated; if that is what the Court deems appropriate.

Plaintiff also has no issue with filing a formal motion for Stay, as already discussed; if the Court decides to require it.

***Defense Counsel's Most Recent Misrepresentations To The Court***
Plaintiff's letter proof of surgery is dated November 3, 2023.

This was 11 days prior to defense counsel's November 14, 2023 request to file a sur reply, where he also perplexingly discussed sanctions.

His present misrepresentations to the Court suggesting surgery is a ploy is another lie he failed to cover his basis on.

Enclosed, please find plaintiff's sworn statement accompanying his proof of surgery.
**See Exhibit A**

Defense counsel's assertions are conclusory and misleading.

Plaintiff has no perception of severe repercussions from the Court; since defense counsel is in possession of all misrepresentations thus far.

As the Court is aware, plaintiff was honest about suing Google in his preceding moving papers before the Court, for transmitting protected health and disability information from government databases; this includes Court databases.

Plaintiff is more than willing to discuss further details of the Google claim, with chambers in camera, if further scrutiny is desired.

Last, defense counsel filed his most recent correspondence to the Court dated November 16, 2023; certifying it was served on the plaintiff; which was not the case, until plaintiff noted its filing with the Court, then requested a copy of it; which he received several hours after it was filed.

**SEE EXHIBIT B**

Defense counsel lied to the Court, and employed this dirty litigation tactic in effort to stymie any response from the plaintiff - knowing the weekend was upon us.

These lowbrow litigation tactics are a blemish on the Court, defense counsel should be held in contempt, and sanctioned sua sponte. I will also be filing an ethics complaint against him.

I certify the aforementioned statements made by me are true to the best of my knowledge, I am aware if any are willfully false, I may be subject to punishment.

November 17, 2023

# EXHIBIT A

UNITED STATES DISTRICT COURT OF NEW JERSEY

J.P. Pro Se
255 FranklinAve
Unit 104
Belleville, NJ 07109
973.449.1900
JimmypoL1@aol.com

_____x

J.P.

Plaintiff

V.

STRATEGIC DELIVER SOLUTIONS,
LLC., DAVID KRONICK, ANDREW
KRONICK, MIKE RUCCIO,
ABC COMPANIES 1-10 (fictitious
designations); XYZ CORPORATIONS
1-10 (fictitious designations),
JOHN DOES 1-10 (fictitious designations),
and ABC TRUST (fictitious designations)

Defendant(s)
_____x

INDEX NO. 22-CV-07614

CIVIL ACTION

## CERTIFICATION IN SUPPORT OF PLAINTIFF'S MOTION
## SUR REPLY TO FILE PLAINTIFF'S MOTION ANONYMOUSLY

1. I am the plaintiff in the above captioned matter. I am familiar with the facts set forth herein. I make this Certification in support of plaintiff's Sur Reply and motion to file anonymously, along with any other relief the Court deems appropriate.
2. Attached hereto as Exhibit A is a true and accurate copy of plaintiff's surgery treatment letter dated November 3, 2023 from Cellular Performance Institute; in addition to plaintiff's November 3, 2023 conversation requesting the letter.
3. Attached hereto as Exhibit B is a true and accurate copy of plaintiff's email to defense counsel requesting a copy of defense counsel's filing from earlier in the day, which defense counsel had failed to serve on plaintiff.

I certify the aforementioned to be true, I am aware if anything is willfully false, I may be subject to punishment.

_____
J.P.

November 17, 2023

2023 NOV 17 P 3: 29
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY



Tijuana, Baja California, November 3, 2023.

To whom it may concern:

Please allow this correspondence to confirm that Justin **James Polidoro, born 02/24/1971**, must begin treatment as soon as possible for Stem cell therapy, The patient will fly into San Diego International airport and then begin Stem cell therapy at CHIPSA Hospital in Mexico on or before **1/10/2024 to 1/13/2024** at CHIPSA Hospital North Beach Clinic, located at <u>Avenida del Pacifico 497</u>, seccion Monumental, Playas de Tijuana, 22505 Tijuana, B.C., Mexico..

Thank you,

Should you have any concerns or questions regarding this matter, please contact me on the number below.

Thank you

Dr. Andrei Leon.
C.H.I.P.S.A. The Gerson Therapy HOSPITAL and Advanced Immunotherapy Center for Cancer
Phone: (888)667-3640

C.H.I.P.S.A. The Gerson Therapy Hospital and Advanced Immunotherapy Center for Cancer

Address: De Las Nubes 670, Playas, Playas de Tijuana, 22500 Tijuana, B.C.

Phone: +1 855 624 47 72



+1 (518) 366-91...
1:13 PM

November 3, 2023   :16 PM

Monday

Hi Lola, I havent received the medical procedure letter yet, for my passport, and employer.

Also, instead of intrathecal, I want to do 4 cervical discs & facets; as well as 120 Mil IV infusion. Does that effect my dates? Thx

# EXHIBIT B

## Re: J.P. v. Strategic Delivery Solutions etal

From: Jimmypol1 (jimmypol1@aol.com)

To: hmatalon@olenderfeldman.com

Date: Thursday, November 16, 2023 at 01:20 PM EST

Please provide me with a copy of the letter you filed today at 12:22 P.M.

Sent from AOL on Android