J.P.
255 Franklin Ave
Unit 104
Belleville, NJ 07109
973.449.1900
JimmypoL1@aol.com

November 16, 2023

Re: J.P. v. Strategic Delivery Solutions, et als.
    22-cv-07614

Dear Judges Padin and Clark,

Plaintiff requests the Court's permission to file a sur-reply in opposition to defense counsel's misleading sur-reply.

Plaintiff's proposed sur-reply is annexed as Exhibit A.

Respectfully Submitted,

*[signature]*

November 16, 2023

---

\* Plaintiff's request to file an additional brief is DENIED.

\* Plaintiff may file a formal motion to stay by December 22, 2023.

SO ORDERED

*/s/* James B. Clark
James B. Clark, U.S.M.J.
Date: 11/20/2023