J.P. Pro Se
255 Franklin Ave
Unit 104
Belleville, NJ 07109
973.449.1900
JimmypoL1@aol.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 NOV 20  A 10: 23

November 20, 2023

Re: J.P. v. Strategic Delivery Solutions, et als.
Civil Action No. 22-cv-07614

Dear Judges Padin and Clark,

Apologetically. please accept this sur reply to defense's November 17, 2023 response, to plaintiff's November 17, 2023 request for sur reply.

Plaintiff feels terrible, and apologizes to the Court, for making this additional request, to file this sur reply, in response to defense counsel's most recent knaverous letter, where now, out of guilt, he is attempting to cover his tracks as it relates to his filing dated November 16, 2023; certifying it was served on the plaintiff; which was not the case, until plaintiff noted its filing with the Court, then requested a copy of it; which he received several hours after it was filed.

Defense counsel is now impeachable stating he was under the impression "plaintiff should have been able to access directly via ECF."

Not only did his own office explicitly state plaintiff would "not be able to access their filings directly via ECF" one day prior; but plaintiff had an explicit email exchange with Mr. Matalon discussing his inability to do so.
**SEE EXHIBIT A**
**and EXHIBIT B**

At the Court's direction, plaintiff will file a motion to sanction defense counsel, if not done sua sponte.

Plaintiff awaits the Court's instruction.

**Plaintiff's Need For Takeover Counsel/ ADA Implications**
Prior to defense counsel's appearance, the instant matter was defaulting, although properly served by Guaranteed Subpoena Inc, as defense counsel has admitted.

By all appearances, plaintiff-counsel was not needed to effect the default.

Since defense counsel's appearance (after a long dilatory phase), he has effected incessant and exhaustive filings/activity on the case, to the extent that plaintiff can barely keep up; let alone plaintiff putting together a narrative and exhibits to secure takeover counsel.

Although having some legal acumen, plaintiff is not a licensed attorney, and does suffer from cognitive difficulties and chronic fatigue, as a result of his injuries and disability.

Plaintiff again requests the Court's accommodation of a 90 day Stay of the matter to secure takeover counsel, and receive/recover from stem cell surgery.

The ADA should give the Court a sound basis for granting such an accomodation; in addition to its own cognizance of more efficient litigation going forward, should plaintiff be represented by counsel, over attempting to proceed pro se.

Defense counsel has affirmed this in his own Youtube video.
**See: Pro Se Nation - Do We Have Justice In America. Youtube**

Evidently, defense counsel is of the opinion that pro se litigants should be represented, yet has proffered the opposite in his argument - which should now be estopped.

Again, plaintiff takes no issue with the present motions before the Court being adjudicated prior to ruling on a Stay, or requiring a formal motion on the issue.

If the Court deems it more appropriate, plaintiff is completely amenable to deferring all present motions before the Court to a later date, after take-over counsel is secured, should the Court deem it to be in the best interest of the case.

### EEOC Filing
A 90 day Stay would also enable the presently pro se plaintiff to properly file his complaint with the EEOC; as the Court deduces, there is clearly a cognizable action that should not be dismissed on technicalities.

### Defense Counsel's Sanctionable Conduct
Last, defense counsel's savage abuse of his client, for the sake of billable hours; while frustrating chambers, with perpetual daily letters and filings is appalling; even in the eyes of his client's adversary.

He was granted one sur reply on November 15, 2023; yet has incessantly and unilaterally made additional sur reply filings on the daily.

His quackery and arrogance toward the Court must be admonished.

His conduct is clearly sanctionable under the Rules.

Respectfully Submitted,

_/s/ J.P._                                                                                             November 20, 2023