UNITED STATES DISTRICT COURT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

J.P. Pro Se
255 FranklinAve
Unit 104
Belleville, NJ 07109
973.449.1900
JimmypoL1@aol.com

2024 JAN -8 P 2: 29

*Dkt. No. 42 is hereby terminated.

_____ x

J.P.

Plaintiff

V.

STRATEGIC DELIVERY SOLUTIONS,
LLC., DAVID KRONICK, ANDREW
KRONICK, MIKE RUCCIO,
ABC COMPANIES 1-10 (fictitious
designations); XYZ CORPORATIONS
1-10 (fictitious designations),
JOHN DOES 1-10 (fictitious designations),
and ABC TRUST (fictitious designations)

Defendant(s)
_____ x

INDEX NO. 22-CV-07614

SO ORDERED

s/James B. Clark
James B. Clark, U.S.M.J.

Date: 1/10/2024

CIVIL ACTION

LETTER
UNDER SEAL

Dear Judges Padin and Clark,

    Plaintiff initially filed a motion to Seal the above captioned matter and proceed under a pseudonym. After a subsequent Order was issued, plaintiff then filed a separate motion to proceed under a pseudonym on October 25, 2023.

    The Court then issued an Order to consolidate plaintiff's motion to Seal.

    Plaintiff misinterpreted this Order and filed a new motion to Seal on January 2, 2024.

Plaintiff requests the January 2, 2024 motion be withdrawn, since it is basically duplicative of the motion to Seal which is already pending.

Thank You,

*[signature]*

January 8, 2024