

Howard A. Matalon, Esq.
908-964-2424
hmatalon@olenderfeldman.com
*Please respond to New Jersey address*

January 18, 2024

**VIA CM/ECF**
The Honorable James B. Clark, III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street, Courtroom MLK 2A
Newark, New Jersey 07101

      RE:    **J.P. v. Strategic Delivery Solutions, et als.**
               **Civil Action No. 22-CV-07614**

Dear Judge Clark:

      This office represents Defendants Strategy Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively "Defendants"). Given Your Honor's prior Order [ECF Dkt. No.: 39] staying Defendants' obligation to respond to the Complaint until such time as the pending Motion to Stay is resolved, Defendants will refrain from filing any response until disposition of the Motion to Stay. We look forward to the Court's rulings on the pending applications, which currently include both a motion to seal and a motion to stay.

      We thank the Court for its courtesies.

                                        Respectfully submitted,

                                        */s/ Howard A. Matalon*
                                        Howard A. Matalon, Esq.

cc:      J.P. (via ECF)

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631